AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GILBERT, JOHN P. | UNITED STATES DISTRICT COURT-Southern District of Illinois | 05/09/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 WEST MAIN STREET BENTON, IL 62812 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Gilbert, John P.

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Old National Bank | Mortgage on Investment Property | M |
| 2. | Patricia Noe | Contract for Deed on Investment Property | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2. COM. HUTTON TEL. TR. | B | Dividend | J | T | | | | | |
| 3. COM. MFS GV.PL mutual funds | A | Dividend | K | T | | | | | |
| 4. COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 5. COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 6. COM. TEMP. GWTH | A | Dividend | K | T | | | | | |
| 7. NOBLE ENERGY | A | Dividend | J | T | | | | | |
| 8. OLD NATIONAL BANK-Accounts | A | Int | J | T | | | | | |
| 9. UNITS MEADOW RIDGE $280,000 Jackson Co., IL | E | Rent | M | S | | | | | |
| 10. TIME SHARES - CANCUN VIVA, CANCUN, MEXICO - 7/7/79 $3,000 | A | Rent | | | Expired | 07/30/10 | J | | |
| 11. COM. BRISTOL MYERS | A | Dividend | J | T | | | | | |
| 12. COM AMER.ELEC. POWER | A | Dividend | J | T | | | | | |
| 13. COM ALLETE | A | Dividend | J | T | | | | | |
| 14. COM XCEL ENERGY | A | Dividend | J | T | | | | | |
| 15. COM COCA COLA | A | Dividend | J | T | | | | | |
| 16. COM GEN ELECT | A | Dividend | J | T | | | | | |
| 17. COM MOTOROLA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COM HPQ | A | Dividend | J | T | | | | | |
| 19. COM EXXON MOBIL | A | Dividend | J | T | | | | | |
| 20. COM TECO ENERGY | A | Dividend | J | T | | | | | |
| 21. COM ORACLE | A | Dividend | J | T | | | | | |
| 22. COM CATERPILLAR | A | Dividend | J | T | | | | | |
| 23. COM FT. DEARBORN | A | Dividend | | | Sold | 09/10/10 | J | A | |
| 24. COM WALMART | A | Dividend | J | T | | | | | |
| 25. COM WESTAR ENERGY | A | Dividend | J | T | | | | | |
| 26. COM PUTNAM VISTA | B | Dividend | K | T | | | | | |
| 27. COM DELL COMPUTER | A | Dividend | J | T | | | | | |
| 28. COM MICROSOFT | A | Dividend | J | T | | | | | |
| 29. COM TIME WARNER | A | Dividend | J | T | | | | | |
| 30. COM CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 31. COM PUTNAM GLOBAL | A | Dividend | J | T | | | | | |
| 32. COM REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 33. COM MUNDER FUND B | A | Dividend | J | T | | | | | |
| 34. COM ZIMMER HOLDINGS | A | Dividend | | | Sold | 08/26/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COM YUM BRANDS | A | Dividend | J | T | | | | | |
| 36. COM HARLEY DAVIDSON | A | Dividend | | | Sold | 09/10/10 | J | A | |
| 37. BOND FORD MOTOR | A | Interest | J | T | | | | | |
| 38. COM VERIZON COMM | A | Dividend | J | T | | | | | |
| 39. COM AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 40. COM DTE ENERGY | A | Dividend | J | T | | | | | |
| 41. COM SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 42. COM AES | A | Dividend | J | T | | | | | |
| 43. COM TELEFONOS | A | Dividend | J | T | | | | | |
| 44. COM CORNING | A | Dividend | J | T | | | | | |
| 45. COM INTEL | A | Dividend | J | T | | | | | |
| 46. COM TEX INST | A | Dividend | J | T | | | | | |
| 47. BOND FNMA | B | Interest | K | T | | | | | |
| 48. BOND GMAC | A | Interest | K | T | | | | | |
| 49. BOND GMAC | B | Interest | K | T | | | | | |
| 50. BOND GMAC | A | Interest | K | T | | | | | |
| 51. CD MID FIRST | B | Interest | | | Redeemed | 05/28/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BOND SEARS | A | Interest | J | T | | | | | |
| 53. COM ALLSCRIPTS HEALTH | A | Dividend | J | T | | | | | |
| 54. COM CAREMARK | A | Dividend | J | T | | | | | |
| 55. COM VITAL IMAGES | A | Dividend | J | T | | | | | |
| 56. BOND GMAC 5% | A | Interest | J | T | | | | | |
| 57. COM EXELON | A | Dividend | J | T | | | | | |
| 58. COM AMEREN | A | Dividend | K | T | | | | | |
| 59. COM EMPIRE DIST ELEC | A | Dividend | K | T | | | | | |
| 60. COM FPL, n/k/a NEE | A | Dividend | J | T | | | | | |
| 61. COM AGRBX | A | Dividend | J | T | | | | | |
| 62. COM NEW WORLD FUND | A | Dividend | J | T | | | | | |
| 63. COM GRW FUND OF AM. | A | Dividend | J | T | | | | | |
| 64. BOND GECC 6% | A | Int./Div. | K | T | | | | | |
| 65. PFD JOHN HANCOCK | A | Int./Div. | | | Redeemed | 04/23/10 | K | A | |
| 66. DNP SELECT INC. | A | Int./Div. | | | Redeemed | 04/23/10 | J | A | |
| 67. BOND JOHN DEERE CAPITAL | E | Interest | K | T | | | | | |
| 68. COM JOHN DEERE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COM BANK OF AMERICA | A | Dividend | J | T | | | | | |
| 70. BOND GMAC SMARTNOTE | A | Interest | J | T | | | | | |
| 71. BOND ILLINOIS FIN. AUTH. | A | Interest | J | T | | | | | |
| 72. COM TELMEX | A | Dividend | J | T | | | | | |
| 73. COM 3M CO. | A | Dividend | J | T | | | | | |
| 74. COM FIRST SOUTHERN BANK | A | Dividend | J | T | | | | | |
| 75. COM AOL | A | Dividend | J | T | | | | | |
| 76. COM COMCAST | A | Dividend | J | T | | | | | |
| 77. COM EASTMAN KODAK | A | Dividend | J | T | | | | | |
| 78. COM AT&T | A | Dividend | J | T | | | | | |
| 79. C.D. BANK OF HAPOALIN | A | Interest | | | Redeemed | 04/23/10 | J | A | |
| 80. COM LORD ABBETT FUND | A | Dividend | J | T | Buy | 07/22/10 | J | | |
| 81. Condo ▓▓▓▓ Sarasota, FL 12/10/2010 $250,000 | A | Rent | M | R | Buy | 12/10/10 | M | | |
| 82. CD First United Methodist Church | A | Interest | K | T | Buy | 07/06/10 | K | | |
| 83. COM Frontier | A | Dividend | J | T | Spinoff (from line 38) | 06/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JOHN P. GILBERT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544